**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

DEREK CARPENTER, RAY MASSEY,        )
ROBERT BASSETT, JOHN ODIN,          )
PAUL WILLIAMS, GERRY ERVIN,         )
ARNOLD LOPEZ, MICHAEL               )   Case No.   **3:16-cv-846**
MONTOYA, BRADLEY LINDLEY,           )
LESTER TROUPE, JAMES BUCK,          )   JURY TRIAL DEMANDED
BOWMAN YOUNG, LARRY GALVIN,         )
SHANNON CURRY, ROBERT UNION,        )
ANTHONY BOOTH, EDWARD               )
BURKE, ALBERT BATTLE, RUBEN         )
RANGEL, ROLANDO VELEZ,              )
ANTHONY MARSHALL, ANTHONY           )
HICKS, ROBERT MEANS, ERIC           )
TALLEY, MICHAEL SMITH,              )
WARREN JONES, DAVID BLEVINS,        )
LEROY WILLIAMS, ROBERT              )
KNIGHTS, EDWARD MERRITT III,        )
RAYMOND LEVERT, REGINALD            )
SHAW, MURRAY BISHOP, WILLIAM        )
RHODALL, ROGER JAEKSON,             )
DOUGLAS BUCKMAN, TONEY              )
HIGHTOWER, TERRON HARRIS,           )
CLIFTON HARMON, DARRELL             )
HAYES, BRUNO MEZZA, MICHAEL         )
LEONARD, FRANK MATHIS,              )
ROBERT KAHANEK, MURL                )
PATTON, RONALD BROWN, IMAN          )
MALIK, JOHN ANDERSON,               )
GARRETT MARTIN, MARGIE              )
WALKER, DALE LESTER, ANTHONY        )
WALKER, DARIN MCKINNEY,             )
LADARYL CANTY, VERNON SMITH,        )
CHARLES BLAKELY, MALIK              )
RAHMAN, LAWRENCE SMALLS,            )
GARY MUSTO, JAMES DUNCAN,           )
CURTIS NICHOLSON, WILLIAM           )
HOSIER, EUCLIDES FERREIRA,          )
SHELBY ANDERSON, TONY               )
TENORIO, GERALD BANKS, MALIK        )
WILLIAMS, GRADY WASHINGTON,         )
DERIC SHAW, TONY WILLIAMS,          )
GARY BOYLE, STEPHEN FOSTER,         )

1

WILLIAM SMITH, HAROLD BROWN,      )
WALTER BLAND, RUDOLPH             )
VALENTINE, TIMOTHY DANLEY,        )
ERNEST FOWLER, TERESA             )
DUCKSWORTH, JOHNATHON REDD,       )
MICHAEL HARRIS, FRANCIS           )
BROOKS, JOHN JACKSON, DANNY       )
RUFFIN, PERRY DAVIS, ROBERT D.    )
JONES, HARRISON MAGWOOD,          )
TORIANO THOMAS, BERGEN            )
HARRELL, LAURENCE TAYLOR,         )
WILLIAM WILLIAMS, STEVE           )
SORACE, ERIC ROBINSON, CULLEN     )
YAW, LONNIE MATHIS, ESTEVAN       )
GUERRERO, ANTHONY GARRISON,       )
PINKNEY MILES, WILLIAM            )
CARSWELL, CALVIN LEWIS,           )
DEPRIESE PERKINS, ANGELO          )
MAZZA, TERRY TOTTEN,              )
CHUKWUEMEKA NWAOGWUGWU,           )
ANTHONY LUMPKIN, MATTHEW          )
ARNOLD, EDDIE NEAL, RONALD        )
DAWSON, DAMON LEWIS, ERIC         )
TUCKER, PAUL ADAMS, ANTHONY       )
JIGGETTS, TYRONE SCOTT            )
HOWARD, JAMARCUS STEWART,         )
LONON NORWOOD, JAMIL              )
MANNING, WENDELL GRIFFIN,         )
ANTHONY ROBINSON, ARTHUR          )
WOODSON, BRET PARDON,             )
CLENTIS MOORE, KEVIN PHILLIPS,    )
DARRYL ASHLEY, MELVIN DEAL,       )
DARRILYN ELLIS, MICHAEL           )
HARTLEY, BRIAN HUNT, JAMES        )
DOBYNES, BRIAN WOODALL,           )
MITCHELL NIXON, CLOYD             )
ROGERS, KIRK BAKER, TERRY         )
TRAVIS, MICHAEL VIGIL,            )
ANTHONY THOMAS, MIKE              )
DECOSTER, JOEL MCRAE,             )
OLABAKU JONES JR., LEO LEWIS,     )
JAMES COCHRAN, LEONARD            )
HOPPER, LAGRANT STARKS,           )
THOMAS OPPENHEIM, MICHAEL         )
MCGAHA, JIRI GEORGE PRIBYLA,      )

2

EDWARD ALEXANDER, MICHAEL          )
BREWER JR., CARLOS MILANES,        )
EUGENE ZEIGLER, ORIE DOWELL,       )
WILLIAM FERRELL III, MICHAEL       )
CUTTS, PAUL WILLIAMS, LEO          )
GRIFFIN, THOMAS LYNSKEY,           )
RONALD BARNETT, VERNON             )
HUNKER, SCOTT WILLETTS, JAMES      )
E. SMITH, GLENN WATSON,            )
CHARLES RICHIE, JAMES              )
STOPFORD, ROBERT GRATE SR.,        )
DENNIS PARTEE, WILLIE COLLINS,     )
JOHNNIE KNOX, MICHAEL              )
WILLIAMS, MICHAEL EDGE, ROGER      )
TOTARAM, GEORGE SANDOVAL,          )
JEFF BRIDWELL, DAN JABLONSKI,      )
BRYAN CARTER, LUIS PEREZ,          )
LAWRENCE DESHAZO, RONNIE           )
LACKS, DWAYNE LAKE, KYLE           )
ROSS, JOSEPH JAIME, BRAULIO        )
TORRES, TERRENCE ALSTON,           )
BYRON MITCHELL, GERALD             )
ANDERSON, JAMES WILLIAMS,          )
DONALD ANDERSON, MICHAEL           )
GARCIA, JAMES HICKLIN, STEVE       )
HARRIS, SEAN HOPPS, JOHN LOPEZ,    )
JULIO BARZALLO, REGINALD           )
SCOTT, CARL WALLER, ARTHUR         )
GRANT, MASOOD ALVI, BRANDON        )
HURT, RICKY COOPER, MIKE           )
TYSON, JOHN WHITE, JOSE            )
MERCADO, FRANK HEAD III, SAJAD     )
SHAKOOR, JOHNNY MIMMS,             )
ANDRE HUGHES JR, LEON              )
BUCKNER, DONALD HARLIN,            )
KENNETH DAVIS III, EDDIE           )
WASHINGTON JR., LUCIAN             )
LANDERS, REGINALD THOMAS,          )
JEROME STURDIVANT, ANDREW          )
MARTIN, KEVIN DOMINO, GERALD       )
STEWART, VINCENT LEVERETT,         )
RODNEY GARNETT JR, ELROY           )
CASEY, RANDY GATES, CURTIS         )
RHETT, JOHNNY COOKE,               )
CLARENCE GREEN, MANDRILL           )

3

MARTIN, VINCENT HELLENS, JOHN          )
JOHNSON, WILLIE HUTCHINSON,            )
CHRISTOPHER GRUNDY, NEIL               )
HAIRSTON, JAMES BUSBY,                 )
CHARLES MAMOU, BRIAN                   )
ENGLAND, JUAN ZARATE, TONY             )
COBBS, CHARLES AVERETT,                )
KERELL IVEY, ROGER WALKER,             )
KEVIN GORHAM, MACK                     )
HENDERSON, STANFORD MILLER,            )
RALPH DORTON, ANDREW FORD,             )
GARY POTTER, BILLIE HAYES,             )
MICHAEL JOHNSON, MARCUS                )
LINWOOD, JOHN SPRY, TONY               )
GOULD, TRACY JONES, EZRA               )
MITCHELL, PETER MORNING                )
                                       )
                          Plaintiffs,  )
              v.                       )
                                       )
COMBE INCORPORATED; COMBE              )
PRODUCTS, INC.; COMBE                  )
LABORATORIES, INC.; and                )
COMBE INTERNATIONAL LTD                )
                                       )
                          Defendants.  )

---

## NOTICE OF REMOVAL

Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, Inc., and Combe International Ltd. (collectively "Defendants" or "Combe"), through its undersigned attorneys, hereby give notice of the removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, to the United States District Court for the Southern District of Illinois from the Circuit Court of St. Clair County, Illinois where it was pending as No. 16-L-0301. The above-captioned case is being removed pursuant to the "mass action" provision of the Class Action Fairness Act ("CAFA"). As grounds for removal, Combe states as follows:

4

I.   **PARTIES AND NATURE OF THE CASE**

1.     This product liability action combines the claims of 249 Plaintiffs from numerous states alleging that they used Combe's Just for Men® hair dye products (herein collectively referred to as "Just For Men®") and allegedly suffered personal injury, namely, various skin reactions.  The 249 Plaintiffs each assert strict liability claims for manufacturing defect, design defect, inadequate warning, and nonconformance with representations, as well as claims for negligence and breach of express and implied warranties, and negligent representation and fraud.

2.     The same Plaintiffs' counsel has filed thirteen other carbon copy cases in St. Clair County against Combe, each joining well more than 100 Plaintiffs.  *See Johnnie Brim, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0018; *Renoldo Brownlee, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0015; *Donivan Lasley, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0016; *Kendrick Lindsey, et al. v. Combe Incorporated, et al.,* Case No. 16-L-0017; *Demarco Martin, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0014; *Christopher McCray, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0117; *Sydney Shamburger, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0118; *Henry Hairston, et al. v. Combe Incorporated, et al*, Case No. 16-L-0239; *Sylvester Washington, et al. v. Combe Incorporated, et al.*, Case No. 16-L-00240; *Pierre Sanders, et al. v. Combe Incorporated, et al.,* Case No. 16-L-0222; *Michael Dwyer et al. v. Combe Incorporated, et al.*, Case No. 16-L-0272; *Felix Brim, et al. v. Combe Incorporated, et al*., Case No. 16-L-299; *William Burke, et al. v. Combe Incorporated, et al*., Case No. 16-L-300.  Combe previously removed these cases to this Court.[1]

---

[1]  In addition, Plaintiffs' counsel filed six cases in the Circuit Court for the City of St. Louis, Missouri.  *Robert Beene, et al. v. Combe Incorporated, et. al.*, Case No. 1622-CC00058; *Curtis Henderson, et al. v. Combe Incorporated, et. al.*, Case No. 1622-CC00054; *Stan Joseph, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00060; *Antony Perkins, et al. v. Combe*

3.     Plaintiffs' counsel clearly contemplates mass litigation of these claims.  In St. Clair County alone, Plaintiffs' counsel filed claims for thousands of individuals concerning Just for Men® products across numerous cases.  Although Combe believes these personal injury claims concerning the use of Just For Men® products should be tried individually, based on the complaints filed in state court, these cases belong in federal court as "mass actions" under CAFA.

## II.     THIS CASE IS REMOVABLE AS A "MASS ACTION" UNDER CAFA

4.     An action is a removable mass action where it meets the following requirements: (a) the monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that their claims involve common questions of law or fact; (b) the aggregate amount in controversy exceeds $5 million and the claims of the individual plaintiffs each exceed $75,000; and (c) any plaintiff is a citizen of a state different from any defendant. *See* 28 U.S.C. § 1332(d)(11)(B)(i); 1332(a)(d)(2); and 1332(d)(2)(A); *see also Gilmore v. Bayer Corp.*, No. 09-986-GPM, 2009 WL 4789406 at *2 (S.D. Ill. Dec. 9, 2009).

5.     For reasons that follow, this action satisfies each of the jurisdictional requirements for removal of a mass action.

### A.     It is Proposed that the Claims of More than 100 Persons be Tried Jointly.

6.     The mass action provision provides for federal jurisdiction where the "monetary relief claims of 100 or more persons are proposed to be tried jointly on the grounds that the plaintiffs' claims involve common questions of law or fact."  28 U.S.C. § 1332(d)(11)(B)(i).

7.     Although each Plaintiff's claim will center on individual issues of reliance,

---

*Incorporated, et. al.,* Case No. 1622-CC00061; *Rickey Shaver, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00064; *Thurman Thomas, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00056.  Each of those cases have approximately 20 Plaintiffs.

product misuse, warnings causation, medical causation, and the like, Plaintiffs' identical allegations concerning product design and warnings meet the bare statutory standard of "involv[ing] common questions of law or fact" given that they each relate to Plaintiffs' use of Combe's Just for Men® hair dye products.[2]

8.      It is well established in the Seventh Circuit that where plaintiffs plead claims concerning a common alleged harm, that plaintiffs are necessarily proposing one joint trial for purposes of removal under CAFA.  *See e.g., Bullard v. Burlington N. Santa Fe Ry. Co.*, 535 F.3d 759, 762 (7th Cir. 2008); *accord Koral v. Boeing Co.,* 628 F.3d 945, 947 (7th Cir. 2011).

9.      In *Bullard*, the court held that a complaint joining the claims of 144 plaintiffs for injury allegedly resulting from the design, manufacture, and use of chemicals in a wood-processing plant necessarily satisfied CAFA's "joint trial" requirement.  535 F.3d at 761.  The court rejected plaintiffs' argument that the case should be remanded because the complaint did not expressly allege the claims would be tried together.  *Id.* at 762.  The court affirmed the district court's determination that "one complaint implicitly proposes one trial."  *Id.*; *see also Koral v. Boeing Co.*, 628 F.3d 945, 947 (7th Cir. 2011) ("the proposal [for a joint trial] can be implicit, as where a single complaint joins more than 100 plaintiffs' claims without proposing a joint trial, for the assumption would be that a single trial was intended—one complaint, one trial, is the norm") (citation omitted); *Gilmore*, 2009 WL 4789406 at *3 (finding product liability claims against a drug manufacturer presented common questions sufficient to satisfy CAFA's mass action removal requirements).

---

[2] Combe in no way concedes any Rule 23 issue, in the event Plaintiffs' counsel seeks to pursue class treatment of alleged economic or other harms concerning use of Just for Men®.  CAFA's "common questions of law or fact" standard necessary for jurisdiction is wholly independent of Rule 23 considerations concerning the appropriateness of class treatment.

10.     Accordingly, the "tried jointly" requirement is satisfied here because the Complaint contains the claims of 249 persons that involve some common questions of law or fact in that all Plaintiffs allege to have used the Just For Men® products.

**B.     The Amount in Controversy Requirement is Satisfied.**

11.      Both the individual $75,000 and aggregate $5,000,000 amount in controversy requirements for mass action removal are satisfied.  *See* 28 U.S.C. §§ 1332(a), (d)(2), (d)(11)(B)(i).[3]

12.     First, the Complaint allegations facially demonstrate that the alleged amount in controversy for each individual exceeds $75,000, exclusive of interest and costs.  Each Plaintiff alleges "the amount in controversy exceeds $50,000, exclusive of interests and costs, the jurisdictional minimum of this Court."  (Compl. ¶11).[4]  Plaintiffs further allege that Just for Men®  products create a risk of "burns, scarring, allergic reactions, anaphylactic shock, skin depigmentation, and other severe injuries."  (Compl. ¶ 37).  Plaintiffs specifically allege they "suffered a severe reaction to Just for Men® including but not limited to redness, irritation, oozing, sores, blisters, burning, and swelling."  (Compl. ¶¶ 107-604).

---

[3]  Combe does not concede that Plaintiffs are in fact entitled to recover any damages.  *See e.g., Kelderman v. Remington Arms,* 734 F. Supp 1527, 1528 (S.D. Iowa 1990) (rejecting plaintiffs' attempt to "place [a] defendant in the awkward position of embracing a concession on the important issue of damages" to establish jurisdiction).  Rather, Combe merely is stating that the "stakes" in this litigation exceed $75,000 individually and $5,000,000 in the aggregate. *Back Doctors Ltd. v. Metro. Prop. & Cas. Ins. Co.*, 637 F.3d 827, 829 (7th Cir. 2011) (defining CAFA's "amount in controversy" requirement as allowing "the removal of class actions in which the stakes exceed $5 million").

[4]  Plaintiffs' demand for "in excess of" the Illinois courts' $50,000 jurisdictional limit does not limit Plaintiffs' damages to $50,000.  Under both Illinois and federal law, the prayer for relief on a complaint does not limit the relief available.  *BEM I, L.L.C. v. Anthropologie, Inc.*, 301 F.3d 548, 552 (7th Cir. 2002); *see* 735 ILCS 5/2-604.

8

13.     Each Plaintiff also claims "severe physical injuries" including "substantial pain, suffering and embarrassment."  (Compl. ¶ 605).  Each Plaintiff claims that they "have incurred significant expenses for medical care and treatment, and will incur such expenses in the future." *Id.*  They also claim economic loss, and that they "have otherwise been physically, emotionally and economically injured."  *Id.*  Plaintiffs claim their "injuries and damages are permanent and will continue into the future."  *Id.*

14.     Given these allegations of serious personal injuries and that Plaintiffs expressly seek unlimited compensatory damages for their injuries, defendants have shown that more than $75,000 is in controversy and it is facially apparent from the complaints that the amount in controversy exceeds the jurisdictional minimum.  *See, e.g., Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S. Ct. 547, 554 (U.S. 2014) ("a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold").

15.     *Meridian Sec. Ins. Co. v. Sadowski,* 441 F.3d 536, 541-42 (7th Cir. 2006) ("proponent's estimate of the claim's value must be accepted unless there is 'legal certainty' that the controversy's value is below the threshold') (citations omitted); *see also id.* at 541 ('Whether damages will exceed $75,000 is not a fact but a prediction, and with respect to that subject the court must decide whether to a legal certainty . . . the claim is really for less than the jurisdictional amount.') (internal quotation omitted).

16.     In numerous personal injury and product liability actions with alleged injuries similar to or less severe than those alleged here, the Seventh Circuit and courts in this district circuit have found the jurisdictional minimum requirement met.  For example, in *Andrews v. E.I. Du Pont De Nemours & Co.,* 447 F.3d 510 (7th Cir. 2006), the Seventh Circuit held that the jurisdictional minimum was satisfied where the complaint alleged "severe and permanent"

9

injuries to plaintiffs' head, ribs, and back and sought damages "in excess of $50,000" for lost earning potential, pain, and past and future medical expenses. *See id.* at 514.[5]

17.    Where liability is established, product liability claims in Illinois state courts likewise typically result in substantially more than $75,000 verdicts.    *See e.g., Blue v. Envtl. Eng'g, Inc.*, 828 N.E.2d 1128, 1135 (Ill. 2005); *Hansen v. Baxter Healthcare Corp.*, 198 Ill. 2d 420, 439 (Ill. 2002); *Proctor v. Upjohn Co.*, 291 Ill. App. 3d 265, 268, 287 (Ill. Ct. App. 1997); *Kochan v. Owens-Corning Fiberglass Corp.*, 242 Ill. App. 3d 781, 787 (5th Dist. 1993).

18.    Second, CAFA provides for district court jurisdiction over a mass action where "the matter in controversy exceeds the sum or value of $5,000,000." 28 U.S.C. § 1332(d)(2); *see id. §* 1332(d)(6) ("In any class action, the claims of the individual class members shall be aggregated to determine whether the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs."); *id. §* 1332(d)(11)(A) (applying § 1332(d)(2) to mass actions).   The aggregate amount of monetary relief sought by all of the Plaintiffs is well in excess of $5 million. As shown above, each Plaintiff has placed more than $75,000 in controversy, meaning that the 249 Plaintiffs seek more than $18.6 million in the aggregate—well over the $5 million statutory measure.  Thus, CAFA's $5 million threshold is plainly met.

### C.    The Minimal Diversity Requirement is Satisfied.

---

[5] *See also, e.g., Sargent v. Cassens Corp.*, No. 06-1042, 2007 WL 1673289, at *9-11 (S.D. Ill. June 7, 2007); *Hill v. Olin Corp.*, No. 07-0054, 2007 WL 1431865, at *3 (S.D. Ill. May 14, 2007); *Sandage v. Cottrell, Inc.*, No. 05-0720, 2006 WL 2710647, at *3 (S.D. Ill. Sept. 20, 2006); *Fields v. Jay Henges Enters., Inc.*, No. 06-323, 2006 WL 1875457, at *4-5 (S.D. Ill. June 30, 2006); *see generally McCoy v. Gen. Motors Corp.*, 226 F. Supp. 2d 939, 941 (N.D. Ill. 2002) ("courts have routinely held that when plaintiffs allege serious, permanent injuries and significant medical expenses, it is obvious from the face of the complaint that the plaintiffs' damages exceeded the jurisdictional amount") (collecting cases).

19.     Mass action removals require "minimal diversity" of citizenship, *i.e.* that at least one plaintiff is not a citizen of the same state as at least one defendant.   *See* 28 U.S.C. § 1332(d)(2)(A); (d)(11)(A).   The minimal diversity requirement for mass action removal is satisfied.

20.     Combe Incorporated is, and at the time of the filing of this action was, a Delaware Corporation with its principal place of business in New York.

21.     Combe Products, Inc. is, and at the time of the filing of this action was, a Puerto Rico Corporation with its principal place of business in Puerto Rico.

22.     Combe Laboratories Inc. is, and at the time of the filing of this action was, an Illinois Corporation with its principal place of business in Illinois.

23.     Combe International, Ltd. is, and at the time of the filing of this action was, a Delaware Corporation with its principal place of business in New York.

24.     As set forth below, Plaintiffs are citizens of numerous states.   Accordingly, minimal diversity is easily established here.   For example, Bowman Young is a citizen of Oklahoma, (Compl. ¶ 129), and none of the Combe defendants are citizens of Oklahoma. Indeed, there is minimal diversity in this lawsuit.

25.     Derek Carpenter is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 107).

26.     Ray Massey is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 109).

27.     Robert Bassett is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 111).

28.    John Odin is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 113).

29.    Paul Williams is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 115).

30.    Gerry Ervin is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 117).

31.    Arnold Lopez is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 119).

32.    Michael Montoya is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 121).

33.    Bradley Lindley is, and at the time of the filing of this action was, a citizen of Iowa. (Compl. at ¶ 123).

34.    Lester Troupe is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 125).

35.    James Buck is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 127).

36.    Bowman Young is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 129).

37.    Larry Galvin is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 131).

38.    Shannon Curry is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 133).

39.     Robert Union is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 135).

40.     Anthony Booth is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 137).

41.     Edward Burke is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 139).

42.     Albert Battle is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 141).

43.     Ruben Rangel is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 143).

44.     Rolando Velez is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 145).

45.     Anthony Marshall is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 147).

46.     Anthony Hicks is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 149).

47.     Robert Means is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 151).

48.     Eric Talley is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 153).

49.     Michael Smith is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 155).

50.     Warren Jones is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 157).

51.     David Blevins is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 159).

52.     Leroy Williams is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 161).

53.     Robert Knights is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 163).

54.     Edward Merritt iii is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 165).

55.     Raymond Levert is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 167).

56.     Reginald Shaw is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 169).

57.     Murray Bishop is, and at the time of the filing of this action was, a citizen of Indiana. (Compl. at ¶ 171).

58.     William Rhodall is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 173).

59.     Roger Jaekson is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 175).

60.     Douglas Buckman is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 177).

61.     Toney Hightower is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 179).

62.     Terron Harris is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 181).

63.     Clifton Harmon is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 183).

64.     Darrell Hayes is, and at the time of the filing of this action was, a citizen of Indiana. (Compl. at ¶ 185).

65.     Bruno Mezza is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 187).

66.     Michael Leonard is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 189).

67.     Frank Mathis is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 191).

68.     Robert Kahanek is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 193).

69.     Murl Patton is, and at the time of the filing of this action was, a citizen of Missouri. (Compl. at ¶ 195).

70.     Ronald Brown is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 197).

71.     Iman Malik is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 199).

72.     John Anderson is, and at the time of the filing of this action was, a citizen of Kansas. (Compl. at ¶ 201).

73.     Garrett Martin is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 203).

74.     Margie Walker is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 205).

75.     Dale Lester is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 207).

76.     Anthony Walker is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 209).

77.     Darin Mckinney is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 211).

78.     Ladaryl Canty is, and at the time of the filing of this action was, a citizen of District of Columbia. (Compl. at ¶ 213).

79.     Vernon Smith is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 215).

80.     Charles Blakely is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 217).

81.     Malik Rahman is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 219).

82.     Lawrence Smalls is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 221).

83.     Gary Musto is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 223).

84.     James Duncan is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 225).

85.     Curtis Nicholson is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 227)

86.     William Hosier is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 229).

87.     Euclides Ferreira is, and at the time of the filing of this action was, a citizen of Washington. (Compl. at ¶ 231).

88.     Shelby Anderson is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 233).

89.     Tony Tenorio is, and at the time of the filing of this action was, a citizen of New Mexico. (Compl. at ¶ 235).

90.     Gerald Banks is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 237).

91.     Malik Williams is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 239).

92.     Grady Washington is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 241).

93.     Deric Shaw is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 243).

94.     Tony Williams is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 245).

95.     Gary Boyle is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 247).

96.     Stephen Foster is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 249).

97.     William Smith is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 251).

98.     Harold Brown is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 253).

99.     Walter Bland is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 255).

100.    Rudolph Valentine is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 257).

101.    Timothy Danley is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 259).

102.    Ernest Fowler is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 261).

103.    Teresa Ducksworth is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 263).

104.    Johnathon Redd is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 265).

105.    Michael Harris is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 267).

106.    Francis Brooks is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 269).

107.    John Jackson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 271).

108.    Danny Ruffin is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 273).

109.    Perry Davis is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 275).

110.    Robert d. Jones is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 277).

111.    Harrison Magwood is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 279).

112.    Toriano Thomas is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 281).

113.    Bergen Harrell is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 283).

114.    Laurence Taylor is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 285).

115.    William Williams is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 287).

116.    Steve Sorace is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 289).

117.    Eric Robinson is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 291).

118.    Cullen Yaw is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 293).

119.    Lonnie Mathis is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 295).

120.    Estevan Guerrero is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 297).

121.    Anthony Garrison is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 299).

122.    Pinkney Miles is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 301).

123.    William Carswell is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 303).

124.    Calvin Lewis is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 305).

125.    Depriese Perkins is, and at the time of the filing of this action was, a citizen of Rhode Island. (Compl. at ¶ 307).

126.    Angelo Mazza is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 309).

127.    Terry Totten is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 311).

128.    Chukwuemeka Nwaogwugwu is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 313).

129.    Anthony Lumpkin is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 315).

130.    Matthew Arnold is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 317).

131.    Eddie Neal is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 319).

132.    Ronald Dawson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 321).

133.    Damon Lewis is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 323)

134.    Eric Tucker is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 325).

135.    Paul Adams is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 327).

136.    Anthony Jiggetts is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 329).

137.    Tyrone Scott Howard is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 331).

138.    Jamarcus Stewart is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 333).

139.    Lonon Norwood is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 335).

140.    Jamil Manning is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 337).

141.    Wendell Griffin is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 339).

142.    Anthony Robinson is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 341).

143.    Arthur Woodson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 343).

144.    Bret Pardon is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 345).

145.    Clentis Moore is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 347).

146.    Kevin Phillips is, and at the time of the filing of this action was, a citizen of Iowa. (Compl. at ¶ 349).

147.    Darryl Ashley is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 351).

148.    Melvin Deal is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 353).

149.     Darrilyn Ellis is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 355).

150.     Michael Hartley is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 357).

151.     Brian Hunt is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 359).

152.     James Dobynes is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 361).

153.     Brian Woodall is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 363).

154.     Mitchell Nixon is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 365).

155.     Cloyd Rogers is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 367).

156.     Kirk Baker is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 369).

157.     Terry Travis is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 371).

158.     Michael Vigil is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 373).

159.     Anthony Thomas is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 375).

160.    Mike Decoster is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 377).

161.    Joel McRae is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 379).

162.    Olabaku Jones Jr. is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 381).

163.    Leo Lewis is, and at the time of the filing of this action was, a citizen of Arkansas. (Compl. at ¶ 383).

164.    James Cochran is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 385).

165.    Leonard Hopper is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 387).

166.    Lagrant Starks is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 389).

167.    Thomas Oppenheim is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 391).

168.    Michael McGaha is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 393).

169.    Jiri George Pribyla is, and at the time of the filing of this action was, a citizen of South Dakota. (Compl. at ¶ 395).

170.    Edward Alexander is, and at the time of the filing of this action was, a citizen of District of Columbia. (Compl. at ¶ 397).

171.     Michael Brewer Jr. is, and at the time of the filing of this action was, a citizen of Arkansas. (Compl. at ¶ 399).

172.     Carlos Milanes is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 401).

173.     Eugene Zeigler is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 403).

174.     Orie Dowell is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 405).

175.     William Ferrell iii is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 407).

176.     Michael Cutts is, and at the time of the filing of this action was, a citizen of Missouri. (Compl. at ¶ 409).

177.     Paul Williams is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 411).

178.     Leo Griffin is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 413).

179.     Thomas Lynskey is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 415).

180.     Ronald Barnett is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 417).

181.     Vernon Hunker is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 419).

182.     Scott Willetts is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 421).

183.     James e Smith is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 423).

184.     Glenn Watson is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 425).

185.     Charles Richie is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 427).

186.     Stopford James is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 429).

187.     Robert Grate Sr. is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 431).

188.     Dennis Partee is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 433).

189.     Willie Collins is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 435).

190.     Johnnie Knox is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 437).

191.     Michael Williams is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 439).

192.     Michael Edge is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 441).

193.    Roger Totaram is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 443).

194.    George Sandoval is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 445).

195.    Jeff Bridwell is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 447).

196.    Dan Jablonski is, and at the time of the filing of this action was, a citizen of Alaska. (Compl. at ¶ 449).

197.    Carter Bryan is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 451).

198.    Luis Perez is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 453).

199.    Lawrence Deshazo is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 455).

200.    Ronnie Lacks is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 457).

201.    Dwayne Lake is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 459).

202.    Ross Kyle is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 461).

203.    Joseph Jaime is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 463).

204. Braulio Torres is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 465).

205. Terrence Alston is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 467).

206. Byron Mitchell is, and at the time of the filing of this action was, a citizen of Missouri. (Compl. at ¶ 469).

207. Gerald Anderson is, and at the time of the filing of this action was, a citizen of Oregon. (Compl. at ¶ 471).

208. James Williams is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 473).

209. Donald Anderson is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 475).

210. Michael Garcia is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 477).

211. James Hicklin is, and at the time of the filing of this action was, a citizen of Delaware. (Compl. at ¶ 479).

212. Steve Harris is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 481).

213. Sean Hopps is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 483).

214. John Lopez is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 485).

215.    Julio Barzallo is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 487).

216.    Reginald Scott is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 489).

217.    Carl Waller is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 491).

218.    Arthur Grant is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 493)

219.    Masood Alvi is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 495).

220.    Brandon Hurt is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 497)

221.    Ricky Cooper is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 499).

222.    Mike Tyson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 501).

223.    John White is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 503).

224.    Jose Mercado is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 505).

225.    Frank Head III is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 507).

226.    Sajad Shakoor is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 509).

227.    Johnny Mimms is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 511).

228.    Andre Hughes is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 513).

229.    Leon Buckner Jr. is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 515).

230.    Donald Harlin is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 517).

231.    Kenneth Davis iii is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 519).

232.    Eddie Washington Jr. is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 521).

233.    Lucian Landers is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 523).

234.    Reginald Thomas is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 525).

235.    Jerome Sturdivant is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 527).

236.    Andrew Martin is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 529).

237.    Kevin Domino is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 531).

238.    Gerald Stewart is, and at the time of the filing of this action was, a citizen of Massachusetts. (Compl. at ¶ 533).

239.    Vincent Leverett is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 535).

240.    Rodney Garnett is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 537).

241.    Elroy Casey is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 539).

242.    Randy Gates is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 541).

243.    Curtis Rhett is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 543).

244.    Johnny Cooke is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 545).

245.    Clarence Green is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 547).

246.    Mandrill Martin is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 549).

247.    Vincent Hellens is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 551).

248.    John Johnson is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 553).

249.    Willie Hutchinson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 555).

250.    Christopher Grundy is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 557).

251.    Neil Hairston is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 559).

252.    James Busby is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 561).

253.    Charles Mamou is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 563).

254.    Brian England is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 565).

255.    Juan Zarate is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 567).

256.    Tony Cobbs is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 569).

257.    Charles Averett is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 571).

258.    Kerell Ivey is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 573).

259.    Roger Walker is, and at the time of the filing of this action was, a citizen of Alaska. (Compl. at ¶ 575).

260.    Kevin Gorham is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 577).

261.    Mack Henderson is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 579).

262.    Stanford Miller is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 581).

263.    Ralph Dorton is, and at the time of the filing of this action was, a citizen of Hawaii. (Compl. at ¶ 583).

264.    Andrew Ford is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 585).

265.    Gary Potter is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 587).

266.    Billie Hayes is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 589).

267.    Michael Johnson is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 591).

268.    Marcus Linwood is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 593).

269.    John Spry is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 595).

270.     Tony Gould is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 597).

271.     Tracy Jones is, and at the time of the filing of this action was, a citizen of Arkansas. (Compl. at ¶ 599).

272.     Ezra Mitchell is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 601).

273.     Peter Morning is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 603).

274.     The forum defendant rule is not applicable to removal of mass actions. 28 U.S.C. § 1453(b).

## III.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

275.      Combe timely filed this Notice of Removal within 30 days of service of the Complaint.  Combe was served on June 30, 2016.  Therefore, removal is timely pursuant to 28 U.S.C. § 1446(b).

276.     The United States District Court for the Southern District of Illinois embraces St. Clair County, where the state court complaints were initially filed, and therefore removal to this Court is proper.  28 U.S.C. §§ 93(c), 1441(a).

277.     All process, pleadings, and orders served on Combe are attached as Exhibit A.

278.     Pursuant to 28 U.S.C. § 1446(d), Combe is serving copies of this Notice on plaintiffs' counsel and filing a copy of this Notice with the Clerk of the Circuit Court of St. Clair County, Illinois.

## IV.    NO CAFA EXCEPTION APPLIES.

279.    Because Combe has demonstrated that this Court has jurisdiction under CAFA, plaintiffs bear the burden to prove any exception to jurisdiction.  *Hart v. FedEx Ground Package Sys. Inc.*, 457 F.3d 675, 681 (7th Cir. 2006) (holding plaintiff bears burden to establish to establish local controversy or other exceptions to CAFA jurisdiction).  No exception set forth in 28 U.S.C. § 1332(d)(11)(B)(ii) applies.

280.    First, Plaintiffs are citizens of states from across the country.  They do not contend that all of their alleged injuries occurred in Illinois or adjacent states.  *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(I).  To the contrary, this nationwide mass action involves alleged injuries from across the country.

281.    Second, Plaintiffs joined their claims by filing one Complaint.  Defendants have not moved to join these claims.  *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(II).

282.    Third, the claims in this action are not alleged on behalf of the general public "pursuant to a State statute specifically authorizing such action."  *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(III).

283.    Fourth, by filing one Complaint, Plaintiffs did not consolidate their claims only for pre-trial purposes.  *See supra* IIA.

284.    Finally, jurisdiction is mandatory under CAFA; not discretionary. Less than one third of plaintiffs are citizens of Illinois making the local controversy exception set forth in 28 U.S.C. § 1332(d)(4) inapplicable.

WHEREFORE, Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, Inc., and Combe International, Ltd. ("Combe") respectfully remove this action pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 from the Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois.

Respectfully submitted,

BRYAN CAVE LLP

By: */s/ Stephen G. Strauss*
    Dan H. Ball, IL #6192613
    Stephen G. Strauss, IL #6278807
    Stefan A. Mallen, IL # 6279262
    211 North Broadway, Suite 3600
    St. Louis, MO  63102-2750
    Telephone:  (314) 259-2000
    Facsimile:  (314) 259-2020
    dhball@bryancave.com
    sgstrauss@bryancave.com
    samallen@bryancave.com

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2016, a copy of the foregoing was served via U.S. mail, first-class postage prepaid, to the following counsel and filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record:

Kristine K. Kraft
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 1200
St. Louis, MO 63102

Richard W. Schulte
WRIGHT & SCHULTE, LLC
865 S. Dixie Drive
Vandalia, Ohio 45377

*Attorneys for Plaintiffs*

                    */s/ Stephen G. Strauss*