IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEREK CARPENTER, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:16-cv-00846-SMY |
| | ) | |
| COMBE INCORPORATED, et. al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINTS**

Now come Plaintiffs, by and through counsel, and move this Court pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for leave to Amend their Complaint. Pursuant to Rule 15.1, and CM/ECF User's manual Section 2.10, Plaintiffs' have sent their proposed Amended Complaint to Judge Staci Yandle. The legal and factual bases of the Motion are more fully set forth and supported by the accompanying Memorandum of Law.

Dated: February 21, 2019

                                            Respectfully Submitted,

                                            /s/ Kristine K. Kraft
                                            Kristine K. Kraft, Esq. (#6208286)
                                            **SCHLICHTER, BOGARD & DENTON, LLP**
                                            100 South Fourth Street, Suite 1200
                                            St. Louis, MO 63102
                                            314-621-6115
                                            314-621-7151 (fax)
                                            kkraft@uselaws.com

/s/ Richard W. Schulte (*with consent*)
Richard W. Schulte
**WRIGHT & SCHULTE, LLC**
865 S. Dixie Drive
Dayton, OH 45377
937-435-7500
937-435-7511 (fax)
rschulte@yourlegalhelp.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of February 2019, the foregoing was filed via the ECF/CM system with the Clerk of the Court and served upon counsel of record via email through the Court's ECF/CM system by means of the Notice of Electronic Filing.



                                                  */s/ Kristine K. Kraft*