IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEREK CARPENTER, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Case No. 16-cv-846-SMY |
| | ) |
| **COMBE INCORPORATED, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE

This matter is before the Court related to certain Plaintiffs who elected to participate in the JFM Resolution Program. As the Court noted in its Order Regarding Settlement Agreement and Deadlines on May 20, 2019: "All Claimants who participate in the JFM Resolution Program have submitted to the jurisdiction of this Court and shall be bound by all orders of this Court even if it is determined that they are not entitled to any Award through the Program" (Doc. 88).

The Court Appointed Special Master, in conjunction with the Claims Administrator, has certified to the Court that the plaintiffs in this case became Enrolled Program Participants in the JFM Settlement Program.

As established by the Master Settlement Agreement ("MSA") entered into by the parties on April 16, 2019, Section 1.08 provides "[a]fter submitting the Notice of Intent to Opt in Form, all Program Participants may only pursue their claims through the Program and may not pursue their claims in any court of law or other proceeding." MSA, Section 1.08 (A). Section 1.08 further provides that "Once an Eligible Enrollee becomes an Enrolled Program Participant, that Enrolled Program Participant may not pursue their claim in any court of law or other proceeding." MSA, Section 1.08 (B).

Accordingly, all claims of the following Plaintiffs who enrolled in the JFM Resolution Program are hereby dismissed, with prejudice, each party to bear their own costs.

1. Edward Alexander
2. Gerald Anderson
3. Albert Battle
4. Anthony Booth
5. Gary Boyle
6. Michael Brewer
7. Douglas Buckman
8. Elroy Casey
9. James Duncan
10. Brian England
11. Andrew Ford
12. Rodney Garnett
13. Billie Hayes
14. Vincent Hellens
15. Mack Henderson
16. Dwayne Lake
17. Michael Leonard
18. Dale Laster
19. Leo Lewis
20. Bradley Lindley
21. Arnoldo Lopez
22. Thomas Lynskey
23. Charles Mamou
24. Darin McKinney
25. Byron Mitchell
26. Chukwuemeka Nwaogwugwu
27. Thomas Oppenheim
28. Depriese Perkins
29. Gary Potter
30. Malik Rahman

31. Ruben Rangel
32. William Rhodall
33. Charles Ritchie
34. Cloyd Rodgers
35. George Sandoval
36. Sajad Shakoor
37. Lawrence Smalls
38. John Spry
39. Jamarcus Stewart
40. Anthony R. Thomas
41. Braulio Torres
42. Lester Troupe
43. Rolando Velez
44. Anthony Walker
45. Brian Woodall

**IT IS SO ORDERED.**

**DATED:  January 21, 2022**

**STACI M. YANDLE**
**United States District Judge**