IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |  |
|---|---|---|---|
| **PAUL  ADAMS** | ) | **CASE NO.:** | **16-cv-00846** |
|  | ) |  |  |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** | |
|  | ) |  |  |
| v. | ) |  |  |
|  | ) |  |  |
| **COMBE INCORPORATED, COMBE** | ) |  |  |
| **PRODUCTS, INC., COMBE** | ) |  |  |
| **LABORATORIES, INC., and COMBE** | ) |  |  |
| **INTERNATIONAL, LTD,** | ) |  |  |
|  | ) |  |  |
| Defendants. | ) |  |  |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the undersigned counsel hereby agree and stipulate that all claims of Plaintiff PAUL  ADAMS against all Defendants in the above-captioned matter be dismissed in their entirety with prejudice, each party to bear its own costs.

Dated: November 5th, 2019

*/s/  Richard W. Schulte*

Richard W. Schulte

Wright & Schulte, LLC

865 S. Dixie Dr.

Vandalia Ohio 45377

Tel: (937) 435 - 7500

rschulte@yourlegalhelp.com

*Attorneys for Plaintiff*

*/s/  Stephen G. Strauss*

Stephen G. Strauss

Bryan Cave Leighton Paisner LLP

211 N. Broadway, Suite 3600

St. Louis, Missouri 63102

Tel: (314) 259-2444

sgstrauss@bclplaw.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that today this Stipulation of Dismissal With Prejudice As To All Defendants was filed with the Clerk of the Court to be served by operation of the Court's electronic filing system on all counsel of record.  The document is being filed pursuant to the terms of the Master Settlement Agreement, with the consent of counsel.

/s/ *Stephen G. Strauss*